UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-20808-CR-JORDAN/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DOUGLAS PUPO-REYNALDO,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on the Defendant's Motion for Production of DNA Discovery Regarding Conventional Serology Testing and Short Tandem Repeat (STR) Typing Pursuant to Fed. R. Crim. P. 16 (DE# 44, 5/3/11). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that by **close of business** on **Thursday, May 5, 2011**, the defendant shall confer with the government and attempt to resolve the issues raised in the Defendant's Motion for Production of DNA Discovery Regarding Conventional Serology Testing and Short Tandem Repeat (STR) Typing Pursuant to Fed. R. Crim. P. 16 (DE# 44, 5/3/11). After conferring with the government, the defendant shall file a notice with the Court indicating whether this matter was resolved. It is further

ORDERED AND ADJUDGED that if the parties are unable to resolve this matter, the government shall file a response on or before **Friday, May 13, 2011**. The defendant

is permitted to file a reply no later than **Monday, May 16, 2011 at noon**. It is further

ORDERED AND ADJUDGED that if the Court determines that a hearing on the Defendant's Motion for Production of DNA Discovery Regarding Conventional Serology Testing and Short Tandem Repeat (STR) Typing Pursuant to Fed. R. Crim. P. 16 (DE# 44, 5/3/11) is necessary, that hearing shall take place before the undersigned on **Tuesday, May 17, 2011** at **1:30 PM** at the C. Clyde Atkins United States Courthouse, 301 N. Miami Avenue, Fifth Floor, Miami, FL 33128. Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion. It is further

ORDERED AND ADJUDGED that in the future the parties shall comply with Local Rule 88.9 which states, in pertinent part:

> counsel for the moving party shall file with the Clerk of the Court a statement certifying either: (1) that counsel have conferred in a good faith effort to resolve the issues raised in the motion and have been unable to do so; or (2) that counsel for the moving party has made reasonable effort (which shall be identified with specificity in the statement) to confer with the opposing party but has been unable to do so.

S.D. Fla. Local Rule 88.9.

DONE AND ORDERED in Chambers at Miami, Florida, this **4th** day of May, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
United States District Judge Jordan
All counsel of record