UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 10-20808-CR-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) ) ) |
| DOUGLAS PUPO-REYNALDO | ) |
| _____ | ) |

**ORDER**

Upon a *de novo* review of the record, and as announced prior to the beginning of trial, I ADOPT the report and recommendation issued by Magistrate Judge O'Sullivan [D.E. 67]. Accordingly, Mr. Pupo-Reynaldo's motion to suppress [D.E. 27] is GRANTED IN PART AND DENIED IN PART as set forth in the report and recommendation.

DONE and ORDERED in chambers in Miami, Florida, this 1st day of July, 2011.

/s/ Adalberto Jordan
Adalberto Jordan
United States District Judge

Copy to:          All counsel of record